UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| Nolan Wai-Yip DUONG<br>Amber Yi SHAO<br><br>             Plaintiffs,<br><br>       v.<br><br>*Michael Chertoff*, Secretary of the<br>Department of Homeland Security;<br>*Robert S. Mueller,*<br>Director of Federal Bureau of Investigation<br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.: **C 07-3018 JW HRL**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Date: November 19, 2007<br>Time: 9:00 a.m.<br>Court Room: 8, 4th floor |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Case Management Conference(CMC) is presently scheduled for October 1, 2007; and a hearing for cross motion for summary judgment with the Court is presently scheduled for November 19, 2007.

2. In the interest of conserving judicial resources, the parties respectfully request that the Court reset the CMC to the same time as hearing on November 19, 2007 at 9:00 a.m. The Case Management Statement (CMS) will be filed 7 days before CMC on November 12, 2007.

Date: September 20, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: September 20, 2007

JUSTIN X. WANG
Attorney for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: September ____, 2007

_____
JAMES WARE
United States District Judge