1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 NOLAN WAI-YIP DUONG,                )
   and AMBER YI SHAO,                  ) No. C 07-3018 JW
13                                     )
              Plaintiffs,              )
14                                     ) **STIPULATION TO CONTINUE**
         v.                            ) **HEARING DATE and EXTEND DATES**
15                                     ) **OF PARTIES' CROSS MOTIONS FOR**
   MICHAEL CHERTOFF, Secretary of the  ) **SUMMARY JUDGMENT, and**
16 Department of Homeland Security;    ) **[PROPOSED] ORDER**
   ROBERT S. MUELLER, Director of Federal )
17 Bureau of Investigation,            )
                                       ) Date: November 16, 20007
18            Defendants.              ) Time: 9:00 a.m.
                                       )
19 _____

20     The plaintiffs, by and through their attorney of record, and defendants, by and through their

21 attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

22     1. On September 4, 2007, Plaintiffs filed a Notice of Motion for Summary Judgment and set a

23 hearing on the motion for November 19, 2007.

24     2. On September 28, 2007, USCIS initiate the process to expedite the Plaintiff Amber Yi

25 Shao's name check.

26     3. In order to allow sufficient time for the FBI to receive and complete the name check, and

27 for USCIS to receive the completed name check result for Plaintiff Amber Yi Shao, the parties

28 hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-3018 JW                                 1

| | | |
|---|---|---|
| 1 | Defendants' Motion for Summary Judgment: | November 19, 2007 |
| 2 | Parties' Oppositions to the Summary Judgment: | December 3, 2007 |
| 3 | Hearing: | December 17, 2007, at 9:00 a.m. |

Dated: October 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 16, 2007

_____/s/_____
JUSTIN WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JAMES WARE
United States District Judge