SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOLAN WAI-YIP DUONG, and AMBER YI SHAO,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-3018 JW<br><br>**STIPULATION TO CONTINUE HEARING DATE and EXTEND DATES OF PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT, and [PROPOSED] ORDER**<br><br>Date: November 16, 20007<br>Time: 9:00 a.m. |

    The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

    1. On September 4, 2007, Plaintiffs filed a Notice of Motion for Summary Judgment and set a hearing on the motion for November 19, 2007.

    2. On September 28, 2007, USCIS initiate the process to expedite the Plaintiff Amber Yi Shao's name check.

    3. In order to allow sufficient time for the FBI to receive and complete the name check, and for USCIS to receive the completed name check result for Plaintiff Amber Yi Shao, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-3018 JW                              1

| | |
|---|---|
| Defendants' Motion for Summary Judgment: | November 19, 2007 |
| Parties' Oppositions to the Summary Judgment: | December 3, 2007 |
| Hearing: | December 17, 2007, at 9:00 a.m. |

Dated: October 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 16, 2007

_____/s/_____
JUSTIN WANG
Attorney for Plaintiffs

**ORDER**

In light of the Stipulation, the Court VACATES the Case Management Conference presently set for November 19, 2007. The Court will reschedule the conference, if necessary, in its order addressing the parties' cross-motions for summary judgment. The hearing on the cross-motions for summary judgment is set for **December 17, 2007 at 9 AM.**

Date:   October 22, 2007

_____
JAMES WARE
United States District Judge