JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiffs

NOLAN WAI-YIP DUONG,
and AMBER YI SHAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN WAI-YIP DUONG, and AMBER YI SHAO,<br><br>             Plaintiffs,<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal. Bureau of Investigations.<br>             Defendants. | Case No.: **C 07-3018 JW**<br><br>**STIPULATION OF DISMISSAL; AND [PROPOSED] ORDER** |

   Plaintiffs, by and through their attorney of record, and Defendants, by the through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

   Each of the parties shall pay their own costs and fees.

Dated:  October 25, 2007                                  Respectfully submitted,


                                                                            /S/
                                                                  JUSTIN X. WANG
                                                                  Attorney for Plaintiffs


                                                                  SCOTT N. SCHOOLS
                                                                  United States Attorney


Dated: October 25, 2007                                              /S/
                                                                  ILA C. DEISS
                                                                  Assistant U.S. Attorney
                                                                  Attorney for Defendants

---
Case No.: C 07-3018 JW
Stipulation of Dismissal F:\LING\Mandamus\485 Family Based\DUONG Nolan Wai-Yip & SHAO Amber\STIPULATION OF DISMISSAL.wpd

1

2 **ORDER**

3
Pursuant to the stipulation, IT IS SO ORDERED.
4

5

6  DATED: _____

7                                                                 _____
                                                                  JAMES WARE
                                                                  United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Case No.: C 07-3018 JW
Stipulation of Dismissal F:\LING\Mandamus\485 Family Based\DUONG Nolan Wai-Yip & SHAO Amber\STIPULATION OF DISMISSAL.wpd

2