1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiffs
5
   NOLAN WAI-YIP DUONG,
6  and AMBER YI SHAO

7              **UNITED STATES DISTRICT COURT**

8            **NORTHERN DISTRICT OF CALIFORNIA**

9
   NOLAN WAI-YIP DUONG,                )  Case No.: **C 07-3018 JW**
10 and AMBER YI SHAO                    )
                                        )
11            Plaintiffs,               )
                                        )
12 MICHAEL CHERTOFF, Secretary of the   )
   Department of Homeland Security;     )  **STIPULATION OF DISMISSAL;**
13 ROBERT S. MUELLER, Director of Federal. )  **AND [PROPOSED] ORDER**
   Bureau of Investigations.            )
14            Defendants.               )
                                        )
15 _____ )

16       Plaintiffs, by and through their attorney of record, and Defendants, by the through their attorneys
   of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice in light of
17 the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application
   for adjustment of status.
18
         Each of the parties shall pay their own costs and fees.
19

20 Dated:  October 25, 2007                  Respectfully submitted,

21

22                                           _____/S/_____
                                             JUSTIN X. WANG
23                                           Attorney for Plaintiffs

24
                                             SCOTT N. SCHOOLS
25                                           United States Attorney

26
   Dated: October 25, 2007                   _____/S/_____
27                                           ILA C. DEISS
                                             Assistant U.S. Attorney
28                                           Attorney for Defendants

_____
Case No.: C 07-3018 JW
Stipulation of Dismissal F:\LING\Mandamus\485 Family Based\DUONG Nolan Wai-Yip & SHAO Amber\STIPULATION OF DISMISSAL.wpd

1

2                              **<u>ORDER</u>**

3
        Pursuant to the stipulation, IT IS SO ORDERED.   The Clerk shall close the file.
4

5

6   DATED: ___October 26, 2007___      _____
                                        JAMES WARE
7                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Case No.: C 07-3018 JW**
Stipulation of Dismissal F:\LING\Mandamus\485 Family Based\DUONG Nolan Wai-Yip & SHAO Amber\STIPULATION OF DISMISSAL.wpd